# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER JIMENEZ, | CASE NO.: 1:09-cv-01359-DLB PC |
| Plaintiff, | |
| v. | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING DOCUMENTS TO PLAINTIFF |
| S. ALCALA, et al., | (Doc. 1) |
| Defendants. | |

Plaintiff Javier Jimenez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed his complaint on August 4, 2009. The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under§ 1983 against defendants S. Alcala and S. Searcy for retaliation and violation of the Eighth Amendment, and state law claims of medical negligence and negligence.

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants

    LVN S. Alcala

    RN S. Searcy

2. The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet and a

1

copy of the complaint filed August 4, 2009.

3. Within **THIRTY (30) DAYS** from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Three (3) copies of the endorsed complaint filed August 4, 2009.

4. Plaintiff need not attempt service on Defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in dismissal of this action</u>.

IT IS SO ORDERED.

Dated: **November 12, 2009**     /s/ Dennis L. Beck
                                                                  UNITED STATES MAGISTRATE JUDGE