# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER JIMENEZ, | Case No. 1:09-cv-01359 JLT (PC) |
| Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT JAVIER JIMENEZ, CDC# T-03564** |
| vs. | |
| S. ALCALA, et al., | DATE: June 28, 2011<br>TIME: 9:00 A.M. |
| Defendants. | |

Javier Jimenez, inmate, CDC# T-03564, a necessary and material witness for the Plaintiff in proceedings in this case on June 28, 2011, is confined at Richard J. Donovan Correctional Facility, 480 Alta Road, San Diego, CA 92179 in the custody of Warden George A. Neotti. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #6, 7th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on June 28, 2011, at 9:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden George A. Neotti, Richard J. Donovan Correctional Facility, 480 Alta Road, San Diego, CA 92179:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day today until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.



IT IS SO ORDERED.

Dated: **May 18, 2011**                                            /s/ Jennifer L. Thurston
                                                                                 UNITED STATES MAGISTRATE JUDGE