# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY NGUYEN, | CASE NO. 1:11-cv-00809-OWW-SKO PC |
| Plaintiff, | ORDER STRIKING SECOND OBJECTION |
| v. | (Doc. 24) |
| BITER, M.D., et al., | |
| Defendants. | |

Plaintiff Anthony Nguyen, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 18, 2011. On June 20, 2011, Plaintiff filed his second objection to the Court's order filed on May 20, 2011, which related to Plaintiff's in forma pauperis application. Plaintiff's first objection was addressed by the Court in an order filed on June 15, 2011, and this issue has been resolved.

Accordingly, Plaintiff's second objection is HEREBY STRICKEN from the record and any further filings regarding the order of May 20, 2011, will be summarily stricken from the record.

IT IS SO ORDERED.

**Dated:   June 23, 2011**            /s/ Sheila K. Oberto
                                                          UNITED STATES MAGISTRATE JUDGE