IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER JIMENEZ,<br><br>       Plaintiff,<br><br>   vs.<br><br>S. ALCALA, et al.,<br><br>       Defendants.<br>_____/ | Case No. 1:09-cv-01359 JLT (PC)<br><br>ORDER GRANTING REQUEST TO SEAL<br><br>(Doc. 35) |

Before the Court is the Request to Seal Documents, filed by defense counsel related to their motion to withdraw. (Doc. 35) To make this determination, the Court must evaluate whether "'good cause' exists to protect th[e] information from being disclosed to the public by balancing the needs for discovery against the need for confidentiality.'" Pintos v. Pacific Creditors Ass'n, 605 F.3d 665, 678 (9th Cir. 2010) (quoting Phillips ex rel. Estates of Byrd v. Gen. Motors Corp., 307 F.3d 1206, 1213 (9th Cir. 2002))

Because the documents sought to be sealed relate to confidential and privileged attorney-client communications and attorney work product, the Court finds that the need to maintain the confidentiality of this material outweighs the need for public disclosure.

Therefore, good cause appearing, the Court ORDERS:

1. The entirety of the Memorandum of Points and Authorities in Support of Beeson Terhorst LLP's Motion to Withdraw as Counsel, electronically lodged on June 22, 2011;

1

2.     The entirety of the Declaration of Michael A. Terhorst in Support of Beeson Terhorst LLP's Motion to Withdraw as Counsel, electronically lodged on June 22, 2011;

3.     The Clerk of the Court is **DIRECTED** to file these documents under seal and to allow access to these sealed documents **only by** defense counsel and the Court.

IT IS SO ORDERED.

Dated: **June 23, 2011**                      /s/ Jennifer L. Thurston
                                                       UNITED STATES MAGISTRATE JUDGE