IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER JIMENEZ, | Case No. 1:09-cv-01359 JLT (PC) |
|     Plaintiff, | ORDER DENYING MOTION TO WITHDRAW |
| vs. | |
| S. ALCALA, et al., | (Doc. 39) |
|     Defendants. | |

**ORDER**

For all the reasons set forth in the memorandum decision filed under seal herewith, it is **HEREBY ORDERED** that:

    1.    Defense counsel's motion to withdraw is **DENIED**.

IT IS SO ORDERED.

Dated: **June 24, 2011**                                      /s/ Jennifer L. Thurston
                                                                           UNITED STATES MAGISTRATE JUDGE