1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10

11 | JAVIER JIMENEZ,                          CASE NO. 1:09-cv-01359 JLT (PC)

12 |                         Plaintiff,      NOTICE AND ORDER THAT INMATE
                                            JAVIER JIMENEZ, T-03564, IS NO LONGER
13 |           v.                           NEEDED AS WITNESS IN THESE
                                            PROCEEDINGS, AND THE WRIT OF
14 | S. ALCALA, et al.,                     HABEAS CORPUS AD TESTIFICANDUM IS
                                            DISCHARGED
15 |                         Defendant.

16 | _____/

17        Jury trial in this matter concluded on June 28, 2011.  Plaintiff inmate Javier Jimenez, T-

18 | 03564, is no longer needed by the Court as a witness in these proceedings.  Accordingly, the writ of

19 | habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

20

21 | IT IS SO ORDERED.

22 | Dated:   **June 29, 2011**                        **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28

1