# FILED

## JUDGMENT ENTERED

6/29/2011
Date

by: /s/ Alan Leon-Guerrero
Deputy Clerk

U.S. District Court
Eastern District of California

## XX FILE CLOSED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


JAVIER JIMENEZ,

            Plaintiff,            **JUDGMENT IN A CIVIL ACTION**

vs.                              1:09-cv-01359 JLT (PC)

S. ALCALA, et al.,

            Defendants.

_____/

            JURY VERDICT: This action came before the Court for a
trial by jury.  The issues have been tried and the jury has rendered
its verdict.

            IT IS HEREBY ORDERED AND ADJUDGED that

            JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANTS, IN
ACCORDANCE WITH THE JURY VERDICT RENDERED 6/28/2011.


DATED: June 29, 2011


                              VICTORIA C. MINOR, Clerk

                         By: __/s/ Alan Leon-Guerrero
                              Deputy Clerk